# Court of Appeals
# of the State of Georgia

ATLANTA, February 09, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0046. EVANS v. EVANS.**

Shannon Evans has filed a motion seeking additional time in which to file an application for discretionary appeal pursuant to Court of Appeals Rules 16 (c), 31 (i) and 40 (b). The motion is hereby *GRANTED*. Evans shall file her application no later than March 15, 2024.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 02/09/2024

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*